UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Zeno K Legette

Order Filed on October 4, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-30353

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____July  20, 2017____ :

Property: ____30 John Street Haledon, NJ 07508____

Creditor: ____Specialized Loan Servicing____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Russell L. Low____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____February 19, 2018____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30353-JKS
Zeno K Legette                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 1          Date Rcvd: Oct 04, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db             +Zeno K Legette,   30 John Street,   Haledon, NJ 07508-1446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, at Trustee for Terwin
           Mortgage Trust 2004-7HE, Asset-Backed Certificates, Series 2004-7HE dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2004-7HE, Asset-Backed
           Certificates, Series 2004-7HE nj_ecf_notices@buckleymadole.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Zeno K Legette rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 4