Order Filed on December 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c) | |
| **Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor | Case No. 16-30353 |
| In Re | Chapter 13 |
| **ZENO K. LEGETTE** | Judge: The Honorable John K. Sherwood |
| Debtor(s) | **Hearing Date: December 14, 2017, 11:00am** |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $2,700.00 for services rendered and expenses in the amount of $0.00 for a total of $2,700.00. The allowance is payable:

　_X_　through the Chapter 13 plan as an administrative priority.

　___　outside the plan.

The debtor's monthly plan is modified to require a payment of $263.00 per month for 47 months starting December 1, 2017 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-30353-JKS
Zeno K Legette                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db            +Zeno K Legette,    30 John Street,    Haledon, NJ 07508-1446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, at Trustee for Terwin
         Mortgage Trust 2004-7HE, Asset-Backed Certificates, Series 2004-7HE dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
         for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2004-7HE, Asset-Backed
         Certificates, Series 2004-7HE nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
        Marie-Ann   Greenberg    magecf@magtrustee.com
        Russell L. Low    on behalf of Debtor Zeno K Legette rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                        TOTAL: 4